LOUISE M. SMITH *v.* PLANNING AND ZONING BOARD
OF THE CITY OF MILFORD ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 3 Conn. App. 550, is granted.

*Bruce L. Levin,* in support of the petition.

Decided June 4, 1985

ELLI STIGERS *v.* BARRY D. STIGERS

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Abraham I. Gordon,* in support of the petition.

Decided June 4, 1985

TOWN OF STRATFORD *v.* COUNCIL 15, LOCAL 407,
AFSCME, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 3 Conn. App. 590, is denied.

*Richard P. Gilardi,* town attorney, in support of the petition.

*Frank J. Raccio,* in opposition.

*Michael J. Lombardo,* assistant attorney general, and *Joseph I. Lieberman,* attorney general, in opposition.

Decided June 4, 1985

WYNGATE, INC. *v.* BOZAK, INC.

The defendant's petition for certification for appeal from the Appellate Court, 3 Conn. App. 595, is denied.

*Edward Morelli,* in support of the petition.

*John C. Yavis, Jr.,* in opposition.

Decided June 4, 1985